**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ALEXANDER SCHULTZ,**<br><br>**Defendant.** | **Criminal No. MJM-23-462** |

**GOVERNMENT'S MOTION TO FILE SUPPLEMENT UNDER SEAL**

The United States of America, by and through undersigned counsel, hereby files this motion to seal its sentencing supplement. In support of this motion, the government states as follows:

1. The sentencing supplement contains sensitive information and no reasonable alternative to sealing are available. Specifically, redaction of sensitive portions of the sentencing supplement would render the documents substantially unreadable and would compromise counsel's ability to convey important information relevant to this case. Additionally, the interests in sealing outweigh the interests of disclosure on the docket. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing).

2. Counsel will serve a courtesy copy of the filing with the Court and will serve a copy with defense counsel in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's motion to file its sentencing supplement under seal.

Respectfully submitted,

Kelly O. Hayes
UNITED STATES ATTORNEY

Digitally signed by SEAN DELANEY
Date: 2026.09.24 15:46:51 -04'00'

By: ______________________________
Sean R. Delaney
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this filing was served on counsel for the Defendant via electronic mail.

_____/s/______________________
Sean R. Delaney
Assistant United States Attorney